**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>DANIEL CHRISTIAN STANLEY POWELL,<br><br>              Defendant. | Case No.: CR 13-00098-JLS<br><br>**ORDER RE: MOTIONS AND SCHEDULING** |

     Following the hearing on August 15, 2014, the Court hereby ORDERS as follows:

     1.   The Government's motion under Federal Rule of Evidence 902 (Docket Entry #123) is **GRANTED** except with respect to records from Gilmore Bank.  With respect to those records, the motion is **DENIED** without prejudice.  The Government has withdrawn its motion with respect to records from AT&T and Time Warner.

     2.   The Government's motion to compel disclosure of mental evaluations (Docket Entry #131) is **DENIED AS MOOT**.

3. Defendant's motion to continue the trial or, in the alternative, to continue the motions briefing schedule (Docket Entry #132) is **GRANTED IN PART AND DENIED IN PART**, per the Court's opinion (Docket Entry #166).

4. The Government's motion to compel disclosure of all expert witness discovery (Docket Entry #139) is **GRANTED.** The Court hereby sets the following deadlines for expert witness disclosures:

   a. Defendant shall comply with his discovery obligations under Federal Rule of Criminal Procedure 16(b)(1)(C) with respect to Carl Knudson no later than September 1, 2014.

   b. Defendant shall comply with his discovery obligations under Federal Rule of Criminal Procedure 16(b)(1)(C) with respect to other expert witnesses no later than September 15, 2014.

The Government shall file a status report on Defendant's expert witness disclosures on September 16, 2014.

5. The Court hereby sets the following dates for noticed motions:

   a. Motions shall be filed no later than August 29, 2014.

   b. Oppositions shall be filed no later than September 12, 2014.

   c. Reply briefs, if any, shall be filed no later than September 19, 2014.

   d. The Court shall hold the hearing on noticed motions on October 3, 2014, at 11:30 a.m.

6. The Court hereby sets the following dates for motions <u>in limine</u>:

    a. Motions shall be filed no later than September 26, 2014.

    b. Oppositions shall be filed no later than October 3, 2014.

    c. The Court shall hold the hearing on motions <u>in limine</u> at the pretrial status conference, set for October 10, 2014, at 11:30 a.m.

**SO ORDERED:**

Dated: September 2, 2014

_____
Honorable Josephine L. Staton
United States District Judge

3