STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN I. GOORVITCH (California State Bar #199325)
SANDHYA RAMADAS (California State Bar #267653)
Assistant United States Attorneys
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2476/6920
    Facsimile: (213) 894-6269
    E-mail:   Stephen.Goorvitch@usdoj.gov
              Sandhya.Ramadas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL CHRISTIAN STANLEY POWELL,<br><br>    Defendant. | Case No. 13-CR-98(A)-JLS<br><br><u>STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS THE RECEIVER RECOVERED FROM DEFENDANT AND CHRISTIAN STANLEY</u> |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Stephen I. Goorvitch, and defendant Daniel Christian Stanley Powell ("defendant"), by and through his counsel of record, Correen Ferrentino, Esq., hereby agree and stipulate as follows:

1. The receiver was given documents by Daniel Powell and Christian Stanley (bearing the Bates number designation "SEC-RCVR").

2.  The parties agree and stipulate that these documents are authentic. However, the parties reserve the right to litigate over whether any of these documents is admissible.

3.  This stipulation does not cover any recordings that the receiver recovered from Daniel Powell or Christian Stanley.

IT IS SO STIPULATED.

Dated: October 8, 2014

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

STEPHEN I. GOORVITCH
SANDHYA RAMADAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 6, 2014

CORREEN FERRENTINO, ESQ.

Attorney for Defendant
DANIEL CHRISTIAN STANLEY POWELL

Dated: October 2, 2014

DANIEL CHRISTIAN STANLEY POWELL
Defendant