STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN I. GOORVITCH (California State Bar #199325)
SANDHYA RAMADAS (California State Bar #267653)
Assistant United States Attorneys
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2476/6920
    Facsimile: (213) 894-6269
    E-mail:    Stephen.Goorvitch@usdoj.gov
               Sandhya.Ramadas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-CR-98(A)-JLS |
|---|---|
| Plaintiff, | STIPULATION REGARDING ELEMENTS OF 18 U.S.C. § 1512(c)(2) |
| v. | |
| DANIEL CHRISTIAN STANLEY POWELL, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Stephen I. Goorvitch, and defendant Daniel Christian Stanley Powell ("defendant"), by and through his counsel of record, Correen Ferrentino, Esq., hereby agree and stipulate to the following:

1.  Christian Stanley, Inc., defendant, and others were named in a civil action filed by the U.S. Securities and Exchange Commission (hereinafter, the "civil case").

2.  The civil case is separate and apart from the criminal case. No verdict has been reached in the civil case.

3.  The mere fact that the SEC filed a civil action against defendant does not mean that he committed any of the crimes charged in the indictment. The SEC does not prosecute criminal cases.

4.  The Court presiding over the civil case preliminarily froze Christian Stanley and defendant's bank accounts and appointed a temporary receiver to take control of Christian Stanley. These facts do not mean that defendant committed any of the crimes alleged in the indictment.

5.  Defendant represented himself in the civil case. In the course of representing himself, he attempted to obtain affidavits from Anne Kirkpatrick, Sioux Schaefer, and Helen Bueras, in order to use them in the civil case.

6.  The parties agree and stipulate that the civil case was an "official judicial proceeding."

7.  The parties agree and stipulate that defendant's efforts to obtain these affidavits had a "relationship in time" or "logic with the official proceeding," because defendant wanted the affidavits to try to rebut the allegations in the civil case.

///
///

8. Defendant has pleaded not guilty. Therefore, the parties agree and stipulate that the jury must decide the second and third elements of the obstruction of justice charges, that is:

    a. Whether defendant obstructed, influenced, or impeded the due administration of justice in the civil case; and

    b. Whether defendant acted corruptly, that is, knowingly and dishonestly with the specific intent to subvert or undermine the due administration of justice.

IT IS SO STIPULATED

Dated: October 16, 2014

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/ Stephen I. Goorvitch
STEPHEN I. GOORVITCH
SANDHYA RAMADAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October __, 2014

_____
CORREEN FERRENTINO, ESQ.

Attorney for Defendant
DANIEL CHRISTIAN STANLEY POWELL

Dated: October __, 2014

_____
DANIEL CHRISTIAN STANLEY POWELL
Defendant

```
 1      8.   Defendant has pleaded not guilty.  Therefore, the parties
 2 agree and stipulate that the jury must decide the second and third
 3 elements of the obstruction of justice charges, that is:
 4      a.   Whether defendant obstructed, influenced, or impeded
 5 the due administration of justice in the civil case; and
 6      b.   Whether defendant acted corruptly, that is, knowingly
 7 and dishonestly with the specific intent to subvert or undermine the
 8 due administration of justice.
 9
10 IT IS SO STIPULATED
11
12 Dated: October __, 2014        STEPHANIE YONEKURA
                                   Acting United States Attorney
13
                                   ROBERT E. DUGDALE
14                                 Assistant United States Attorney
                                   Chief, Criminal Division
15
16
                                   _____
17                                 STEPHEN I. GOORVITCH
                                   SANDHYA RAMADAS
18                                 Assistant United States Attorneys
19
                                   Attorneys for Plaintiff
20                                 UNITED STATES OF AMERICA
21
22 Dated: October 16, 2014         _____
                                   CORREEN FERRENTINO, ESQ.
23
24                                 Attorney for Defendant
                                   DANIEL CHRISTIAN STANLEY POWELL
25
26
27 Dated: October 16, 2014         _____
                                   DANIEL CHRISTIAN STANLEY POWELL
28                                 Defendant
                                        3
```